# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 196 WAL 2023

Respondent     :

    :    Petition for Allowance of Appeal
    :    from the Order of the Superior Court

v.     :

RONALD CALLOWAY,     :

Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.